**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to All Actions.** |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that J. Liat Rome of Williams & Connolly LLP hereby enters an appearance as additional counsel of record representing Tyco Fire Products LP and Chemguard, Inc. in the above-captioned matter.

        Williams & Connolly LLP

        By:/s/ J. Liat Rome
           J. Liat Rome
           E-Mail: lrome@wc.com
           725 Twelfth Street, N.W.
           Washington, DC 20005
           202-434-5634

        *Attorney for Tyco Fire Products LP and Chemguard, Inc.*

December 11, 2020